UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| In Re: : | CHAPTER 13 |
| : | |
| DEBRA FULLER : | CASE NO. 14-30885 |
| *aka* Debra Cook Fuller : | |
| *aka* Debra J. Fuller : | JUDGE DWIGHT H. WILLIAMS JR. |
| *aka* Debra J. Cook : | |
| *aka* Debra Jean Cook-Fuller : | |
| : | |
| Debtor. : | |
| : | |
| SETERUS, INC. AS THE AUTHORIZED : | |
| SUBSERVICER FOR FEDERAL NATIONAL : | |
| MORTGAGE ASSOCIATION ("FANNIE : | |
| MAE"), : | |
| Movant, : | CONTESTED MATTER |
| vs. : | |
| : | |
| DEBRA FULLER, Debtor, : | |
| WILL T. FULLER, Co Debtor : | |
| CURTIS C. REDING Trustee, : | |
| : | |
| Respondents. : | |

## AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

COMES NOW, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and/or assigns ("Movant"), its successors and assigns, Movant herein, and shows this Court the following:

1. This is a motion under 11 U.S.C. § 362(d) and for relief from the co-debtor stay provisions of 11 U.S.C. § 1301 for relief from the existing stay for the purpose of negotiation of and entry into a loan forbearance agreement or foreclosing by a private power of sale contained in a certain Mortgage.

2. The Movant is the holder or servicer of a Mortgage which describes certain real property purportedly owned by Debtor and commonly known as 2021 Station Ct., Montgomery, AL 36116

(the "Property"); a copy of said Mortgage is attached hereto and marked Exhibit "A". Said real property is security for a promissory note held or serviced by Movant.

3. Debtor filed this Chapter 13 case April 7, 2014

4. The Debtor has defaulted in making payments to Movant, which have come due since the filing of the bankruptcy petition. Movant has attached hereto, and marked Exhibit "B", a breakdown of arrearage, which describes the post-petition Mortgage delinquency as of the filing of this motion.

5. As of November 4, 2015, the estimated payoff balance on the subject loan is $141,577.29.

6. The fair market value of the subject property, according to county tax assessor on dated November 4, 2015 is $120,400.00.

7. Because the Debtor has demonstrated a continuing default and a clear inability to make payments required by the loan documents and the provisions of the Bankruptcy Code, Movant is not adequately protected and should be permitted to proceed with foreclosure.

8. Because the Mortgage provides that the Debtor is responsible for Movant's attorney's fees in pursuing legal action such as this Motion, Movant is entitled to reasonable attorney fees from the Debtor

9. The Co-Debtor Stay of 11 U.S.C. § 1301 should be terminated on grounds that the Debtor is not making post-petition payments to Movant, and Movant would be irreparably harmed by the continuance of the stay.

10. Movant requests that upon entry of an Order granting relief from the automatic stay of Section 362 that the Chapter 13 Trustee shall cease disbursements on Movant's Proof of Claim; and that Fed. R. Bank. P. 3002.1 shall no longer apply to Movant.

WHEREFORE, the Movant prays for (1) an Order relieving it from the provisions of the bankruptcy stay and authorizing it to proceed with negotiating a loan forbearance agreement and/or the exercise of its private power of sale and foreclosure under its Mortgage, all in accordance with and pursuant to appropriate state statutes; (2) for reasonable attorney fees under

200444

11 U.S.C. § 506(b); (3) for waiver of the requirements of F.R.B.P. 4001(a)(3) to allow Movant to execute the order granting relief instanter; (4) For relief from Fed. R. Bank. P. 3002.1; and (5) for such further relief as the Court deems appropriate.

Respectfully Submitted,

_____
S. Keith Eady, ASB- 8422-A63S
Attorney for Movant
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
404-486-2386
keady@rcolegal.com

**"Exhibit B"**

| Number of Payments | From - To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|
| 11 | Payments (January 1, 2015-November 1, 2015) | $755.25 | $8,307.75 |
| | Attorney Fees and Costs | | $1,026.00 |
| | | Total | $9,333.75 |

200444

## CERTIFICATE OF SERVICE

      I, S. Keith Eady, certify that on November 6, 2015, I served on the parties listed in the attached exhibit a copy of the Motion To Renew Motion For Relief From Stay by either electronic filing or by regular mail, with appropriate postage affixed at the below addresses:

| VIA FIRST-CLASS MAIL: | VIA ELECTRONIC TRANSMISSION: |
|---|---|
| Debra Fuller<br>2021 Station Court<br>Montgomery, AL 36116 | Mary Conner Pool<br>Post Office Box 4479<br>Montgomery, AL 36103<br>mpool@bondnbotes.com |
| Will T. Fuller<br>2021 Station Court<br>Montgomery, AL 36116 | Curtis C. Reding<br>P.O. Box 173<br>Montgomery, AL 36101<br>trustees_office@ch13mdal.com |

    S. Keith Eady**,**  ASB-8422-A63S
Attorney for Movant
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
404-486-2386
keady@rcolegal.com