The relief described hereinbelow is SO ORDERED

Done this 19th day of November, 2015.



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| DEBRA FULLER, | : | BANKRUPTCY CASE |
| | : | NO. 14-30885 |
| Debtor. | : | |
| | : | |

| | | |
|---|---|---|
| SETERUS, INC. AS THE AUTHORIZED | : | JUDGE: DWIGHT H. WILLIAMS JR. |
| SUBSERVICER FOR FEDERAL | : | |
| NATIONAL MORTGAGE ASSOCIATION | : | |
| ("FANNIE MAE"), | : | |
| Movant. | : | CHAPTER 13 |
| vs. | : | |
| DEBRA FULLER, Debtor | : | |
| WILL T. FULLER, Co-Debtor, | : | |
| CURTIS C. REDING, Trustee, | : | |
| Respondents. | : | |

### ORDER CONDITIONALLY DENYING RELIEF

This matter came before the court for a hearing on November 16, 2015, upon the motion (Docket #53) of Seterus, Inc. as the authorized subservicer for Federal National Mortgage

Association ("Fannie Mae"), creditor c/o Seterus, Inc. (hereinafter "Creditor"), seeking relief and co debtor relief from the automatic stay to proceed with applicable non-bankruptcy remedies with regard to the property commonly known as 2021 Station Ct., Montgomery, AL 36116. The legal description is contained in the security instrument attached to the motion. The parties advised the Court that they had reached an agreement with regard to the disposition of this matter. Therefore, BY AGREEMENT OF PARTIES, it is hereby,

ORDERED that the motion for relief from automatic stay of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its successors and assigns is CONDITIONALLY DENIED. The post-petition arrearage, which has accumulated in this case through November 19, 2015, consists of the January 01, 2015 to November 01, 2015, plus attorney's fees of $550.00 and filing fees in the amount of $176.00, which totals $9,333.75 ("arrearage"). The arrearage shall be paid through the plan.

ORDERED that the claim shall have a fixed payment amount of $236.00. Debtor('s) payment to the Trustee shall be $154.00 per week.

ORDERED that upon the filing of a proper claim by Creditor, the arrearage shall be paid through the office of the Trustee.

ORDERED that Debtor shalll resume direct payments to Movant beginning December 01, 2015 at the rate of $755.25 and each month thereafter, payment shall be made on the date it is due under the terms of the note and mortgage. If at any time the Debtor shall default on any direct payments, then Creditor shall notify Debtor and Debtor's Attorney in writing. If said default continues for twenty (20) days, then the automatic stay and co Debtor shall lift and Creditor, its successors and assigns, are authorized to pursue applicable non-bankruptcy remedies including the negotiation of and entry into a loan forbearance plan with Debtor with regard to the Property without further Order of the Court. If the stay shall lift pursuant to the prior provision and upon written notice to the Chapter 13 Trustee, the Chapter 13 Trustee shall cease funding Creditor's claim, and Fed. R. Bank. P. 3002.1 shall no longer apply to Creditor.

The provisions of this Order shall continue to remain in force and effect upon the conversion of this case from Chapter 13 to a case under any other Chapter of the Bankruptcy Code.

### END OF DOCUMENT ###

RCO No. 200444

This order prepared by:

/s/   S. Keith Eady
S. Keith Eady
Attorney for Movant
AL License No. ASB-8422-A63S
RCO Legal, P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
Telephone: 404-486-2386
keady@rcolegal.com

This order consented to by:

/s/ Mary Conner Pool, by express permission
Attorney for the Debtor
Bar Number:
Post Office Box 4479
Montgomery, AL 36103
mpool@bondnbotes.com

No Opposition by:

/s/ Curtis C. Reding, by express permission
Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

# DISTRIBUTION LIST

Debra Fuller
2021 Station Court
Montgomery, AL 36116



Mary Conner Pool
Post Office Box 4479
Montgomery, AL 36103
mpool@bondnbotes.com



Will T. Fuller
2021 Station Court
Montgomery, AL 36116

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

Seterus, Inc.
1047 P.O. Box 1047
Hartford, CT  06143

S. Keith Eady
RCO Legal. P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329

RCO No. 200444